# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 11, 2025

## NO. 03-24-00287-CV

**Jeremy Harlow, Appellant**

**v.**

**Tara Thompson, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF COMAL COUNTY**
**BEFORE JUSTICES THEOFANIS, CRUMP, AND ELLIS**
**AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the judgment signed by the trial court on April 23, 2024. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.